```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Kirkpatrick B Dunbar
                         Plaintiff,

         -against-                                    18 Civ. 9625
                                                         ORDER

Empire Szechuan Noodle House Inc., et al.,

                         Defendants.
---------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

The Court is in receipt Defendants' Letters dated September 9, 2019 and September 13, 2019. (ECF Nos. 42, 46.) Defendants shall file their Motions to Dismiss within 30 days of this Order. Plaintiff shall file its opposition 30 days thereafter. Defendants shall file their Replies 14 days thereafter. The conference scheduled for November 21, 2019 is adjourned.

SO ORDERED.

DATED:    November 19, 2019
          New York, New York

                                    _____
                                          Deborah A. Batts
                                    United States District Judge