**SEKENDIZ LAW FIRM P.C.**
Attorneys at Law
45 Broadway Suite: 1420
New York, New York 10006
(212) 380-8087



MEMO ENDORSED

April 14, 2020

4/15/20
Case will be rescheduled

(via ecf)
**CHIEF JUDGE COLLEEN McMAHON**
**Daniel Patrick Moynihan**
**United States Courthouse**
**500 Pearl St. 24A**
**New York, NY 10007-1312**

### LETTER MOTION

Case Name: Dunbar v. Empire Szechuan Noodle House Inc. et al.
Case Number: 1:18-cv-09625-CM

Hon. Chief Judge McMahon,

This letter is to respectfully seek an adjournment of the initial conference, which is currently scheduled for April 16, 2020 to a date, which Your Honor deems proper. The reason for the request is as follows: 1) Covid-19; 2) There is a pending motion to dismiss; 3) Wesley Mead, the attorney for the tenant is out of state.

This is the first request for adjournment filed by parties.

Wesley Mead, the attorney for the tenant consented to this request. Robert Moraco, the attorney for the landlord has not responded yet.

I thank Your Honor for Your time and consideration

Dated: April 14, 2020
New York, New York



Respectfully submitted,

SEKENDIZ LAW FIRM P.C.

_____/s/_____
Ismail Sinan Sekendiz (IS-0509)
Attorneys for the deceased Plaintiff
45 Broadway Suite: 1420
New York, New York 10006
(212) 380-8087