UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                             :

PATRICK B. DUNBAR,                       :
                                              :

                     Plaintiff,         :

                                              :               18-CV-9625 (JPC)

            -v-                       :

EMPIRE SZECHUAN NOODLE HOUSE INC. and NEW :                ORDER
GOLD EQUITIES CORP.,                          :

                                              :

                     Defendants.      :
                                              :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of (1) a letter from Defendants seeking leave to "move for summary judgment and dismissal of the complaint," Dkt. 90; (2) a letter from Plaintiff requesting to amend the Complaint, to move for summary judgment, and to compel Defendants to produce the legal name of the new tenant, Dkt. 91; and (3) letters from Plaintiff and Defendants in opposition to the pre-motion letters, Dkts. 92, 94.

In Defendants' opposition to Plaintiff's pre-motion letter, Dkt. 94, Defendants did not oppose Plaintiff's request that the Court compel Defendants to produce the legal name of the new tenant. Accordingly, Defendants shall provide the name of the new tenant by June 22, 2021.

Plaintiff shall file his motion to amend the Complaint by June 28, 2021; Defendants shall file their opposition by July 6, 2021; and Plaintiff shall file his reply, if any, by July 12, 2021. In the parties' briefing, the parties should address, among other appropriate issues: (1) whether amendment would be futile in light of the "maximum extent feasible" standard, 28 C.F.R. § 36.402(a)(1), (c), and (2) whether further discovery is necessary in the event leave to amend is granted. Following its resolution of the

motion to amend, the Court will set a schedule for further discovery, if necessary, and a briefing schedule for the parties' proposed motions for summary judgment.

SO ORDERED.

Dated: June 21, 2021
New York, New York

JOHN P. CRONAN
United States District Judge