**Livoti, Bernstein & Moraco, P.C.**
℅ Robert F Moraco
33 Gordon Avenue
Bedford NY 10506

July 12, 2021

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street (Room 1320)
New York, NY 10007
Attention United States District Judge John P. Cronon

    Re Patrick B. Dunbar vs. Empire Szechuan Noodle & New Gold Equities Corp.
    New Gold Equities Corp. vs Cafe Prime & Buffet Inc.
    <u>18-CV-09625</u>

Dear Judge:

    I am of counsel to Donald Olenick, the attorney for the defendant New Gold Equities Corp and write this letter to express our consent to Plaintiff's application. I respectfully submit an order of dismissal for your signature.

                                    Respectfully

                                    Robert F Moraco

cc:  SEKENDIZ LAW FIRM P.C.
      Ismail S. Sekendiz, Esq.
      Attorney for Plaintiff
      45 Broadway Suite: 1420
      New York, New York 10006
      (212) 380-8087
      isinan@hotmail.com

In light of the parties' agreement to dismiss this case, *see* Dkts. 98, 99, Plaintiff's ADA claim is dismissed with prejudice, Plaintiff's remaining state law claims are dismissed without prejudice, and the Third Party Complaint is dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Clerk of the Court is respectfully directed to terminate all motions and close this case.

SO ORDERED.

Date:  July 12, 2021
         New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

KIRKPATRICK B. DUNBAR,

                Plaintiff

-against-

EMPIRE SZECHUAN NOODLE HOUSE
INC., and NEW GOLD EQUITIES CORP.,

                Defendants

---

NEW GOLD EQUITIES CORP.,

       Third Party Plaintiff

-against-

CAFE PRIME & BUFFET INC.,

       Third Party Defendant

---

Case No.:1:18-CV-9625
United States District Judge John P. Cronon

**ORDER OF DISMISSAL**

    Upon Plaintiff's concession that the premises operated at 4041 Broadway in the Borough of Manhattan is now ADA compliant to the maximum extent feasible, that the federal action is moot and that the Court should not retain jurisdiction over the state action, it is

    ORDERED that the federal action pursuant to the Americans with Disabilities Act, 42 U.S.C. 12181, et seq., is dismissed with prejudice, the state action pursuant to the New York City Human Rights Law , NYC Admin. Code 8-107(4)(a) and New York State Human Rights Law, NYS Exec. Law 296(2(a)  and the Third Party Complaint are dismissed without prejudice.

                                                                                        _____
                                                                          John P. Cronon, USDJ